AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Kaiser Foundation Health Plan Inc
                              Plaintiff (s),
V.
Merck & Company Inc. et al
                              Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:21-cv-5497-HSG

Notice is hereby given that, subject to approval by the court, Glenmark Pharmaceuticals Inc., USA and Glenmark Pharmaceuticals Ltd substitutes
(Party (s) Name)

Michael Shipley , State Bar No. 233674 as counsel of record in
(Name of New Attorney)

place of Geoffrey T. Holtz and Steven A. Reed - Morgan Lewis & Bockius LLP .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Kirkland & Ellis LLP |
| Address: | 555 South Flower Street, Suite 3700, Los Angeles, California 90071 |
| Telephone: | (213) 680-8400     Facsimile (213) 680-8500 |
| E-Mail (Optional): | mshipley@kirkland.com |

I consent to the above substitution.
Date: January 18, 2024
                                (Signature of Party (s))

I consent to being substituted.
Date: 2/5/24
                                (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/18/24
                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/13/2024
                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]