GIBSON, DUNN & CRUTCHER LLP
Samuel G. Liversidge, SBN 180578
   SLiversidge@gibsondunn.com
Sarah M. Kushner, SBN 320077
   SMKushner@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071
Telephone:     213.229.7000
Facsimile:     213.229.7520

S. Christopher Whittaker, SBN 283518
   CWhittaker@gibsondunn.com
Courtney L. Spears, SBN 329521
   CSpears@gibsondunn.com
3161 Michelson Drive
Irvine, California 92612
Telephone:     949.451.3800
Facsimile:     949.451.4220

*Attorneys for Defendants
Merck & Company, Inc., Merck Sharp & Dohme LLC (f/k/a Merck Sharp & Dohme Corporation), MSP Singapore Company LLC, Schering-Plough Corporation, and Schering Corporation*

[Additional Counsel on Signature Page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAISER FOUNDATION HEALTH PLAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERCK & COMPANY, INC.; MERCK SHARP & DOHME CORPORATION; SCHERING-PLOUGH CORPORATION; SCHERING CORPORATION; MSP SINGAPORE COMPANY LLC; GLENMARK PHARMACEUTICALS LTD.; AND GLENMARK PHARMACEUTICALS INC., USA, <br><br> Defendants. | CASE NO. 4:21-cv-05497-HSG <br><br> **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE** |

Pursuant to Civil Local Rule 7-12, Merck & Company, Inc., Merck Sharp & Dohme LLC (f/k/a Merck Sharp & Dohme Corporation), MSP Singapore Co. LLC, Schering-Plough Corporation, and Schering Corporation ("Merck"), and Glenmark Pharmaceuticals Inc., USA and Glenmark Pharmaceuticals Ltd. ("Glenmark" and together with Merck, "Defendants"), along with Plaintiff Kaiser Health Plan Inc., by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, this action was transferred to the Eastern District of Virginia and consolidated as part of *In re Zetia (Ezetimbe) Antitrust Litigation*, 2:18-md-02836-RBS-DEM (E.D. Va.) (the "*Zetia* MDL") on August 4, 2021;

WHEREAS, Plaintiff filed an amended complaint in the *Zetia* MDL on February 9, 2022;

WHEREAS, Defendants filed a motion to dismiss the amended complaint in the *Zetia* MDL on March 2, 2022, which motion was fully briefed but not decided prior to the action being remanded back to this Court;

WHEREAS, the MDL Panel remanded the action back to this Court on December 12, 2023;

WHEREAS, the parties believe that it is appropriate to permit Defendants to file a new motion to dismiss in this Court because the prior motion addressed claims asserted by other plaintiffs in cases not before this Court, the law cited in the parties' briefing was primarily based on Fourth Circuit precedent rather than Ninth Circuit precedent, and the briefing assumed a familiarity with the facts of this case because it was submitted to a court that had presided over the matter for several years;

WHEREAS, the Court held a telephonic initial case management conference on February 27, 2024;

WHEREAS, the Court directed the parties to meet and confer and file a stipulation and proposed order setting a motion to dismiss briefing schedule by March 5, 2024 (Dkt. 56);

WHEREAS, the parties have conferred and agreed to a schedule for briefing and page limits for Defendants' anticipated motion to dismiss;

NOW, THEREFORE, Plaintiff and Defendants have agreed to, and respectively submit for approval by the Court, the following schedule and page limits for Defendants' Motion to Dismiss:

1. By March 8, 2024, Plaintiff will file on the docket in this action the amended complaint it filed in the *Zetia* MDL on February 9, 2022.

2. Defendants will jointly file a Motion to Dismiss by April 2, 2024, not to exceed 35 pages of text in length.

3. Plaintiff will file an opposition to the Motion to Dismiss by April 30, 2024, not to exceed 35 pages of text in length.

4. Defendants will jointly file a reply to the opposition to the Motion to Dismiss by May 17, 2024, not to exceed 25 pages of text in length.

**IT IS SO STIPULATED.**

| | |
|---|---|
| 1   DATED: March 5, 2024 | Respectfully submitted, |
| 2 | |
| 3 | /s/ Samuel G. Liversidge |
| | Samuel G. Liversidge, SBN 180578 |
| | Sarah M. Kushner, SBN 320077 |
| 4 | GIBSON DUNN & CRUTCHER LLP |
| | 333 South Grand Avenue |
| 5 | Los Angeles, CA 90071 |
| | (213) 229-7000 |
| 6 | SLiversidge@gibsondunn.com |
| | SMKushner@gibsondunn.com |
| 7 | |
| | S. Christopher Whittaker, SBN 283518 |
| 8 | Courtney L. Spears, SBN 329521 |
| | GIBSON DUNN & CRUTCHER LLP |
| 9 | 3161 Michelson Drive |
| | Irvine, California 92612-4412 |
| 10 | (949) 451-3800 |
| | cwhittaker@gibsondunn.com |
| 11 | cspears@gibsondunn.com |
| 12 | *Attorneys for Defendants Merck & Company, Inc., Merck Sharp & Dohme LLC (f/k/a Merck Sharp &* |
| 13 | *Dohme Corporation), MSP Singapore Company LLC, Schering-Plough Corporation, and Schering* |
| 14 | *Corporation* |
| 15 | |
| 16 | /s/ Devora W. Allon |
| | Devora W. Allon, P.C. (*pro hac vice*) |
| | Kevin M. Neylan, Jr. (*pro hac vice*) |
| 17 | Patrick J. Gallagher (*pro hac vice*) |
| | KIRKLAND & ELLIS LLP |
| 18 | 601 Lexington Avenue |
| | New York, NY 10022 |
| 19 | (212) 446-4800 |
| | devora.allon@kirkland.com |
| 20 | kevin.neylan@kirkland.com |
| | patrick.j.gallagher@kirkland.com |
| 21 | |
| | Michael Shipley, SBN 233674 |
| 22 | KIRKLAND & ELLIS LLP |
| | 555 South Flower Street |
| 23 | Los Angeles, CA 90071 |
| | (213) 680-8400 |
| 24 | michael.shipley@kirkland.com |
| 25 | James R P Hileman (*pro hac vice*) |
| | KIRKLAND & ELLIS LLP |
| 26 | 300 North LaSalle |
| | Chicago, IL 60654 |
| 27 | (312) 862-2000 |
| | jhileman@kirkland.com |
| 28 | |

1
2    *Attorneys for Defendants Glenmark Pharmaceuticals Inc., USA and Glenmark Pharmaceuticals Ltd.*
3
4    /s/ *Daniel A. Sasse*
     Daniel A. Sasse, SBN 236234
5    Tiffanie L. McDowell, SBN 288946
     CROWELL & MORING LLP
6    3 Park Plaza, 20th Floor,
     Irvine, CA 92614
7    Telephone: 949.263.8400
     dsasse@crowell.com
8    tmcdowell@crowell.com

9    Kent A. Gardiner (*pro hac vice*)
     Mark M. Supko (*pro hac vice*)
10   CROWELL & MORING LLP
     1001 Pennsylvania Avenue, NW
11   Washington, DC 20004
     Telephone: 202.624.2500
12   vgaluzzo@crowell.com
     msupko@crowell.com
13
     Nicholas Dowd (*pro hac vice*)
14   CROWELL & MORING LLP
     1601 Wewatta Street
15   Suite 815
     Denver, CO 80202
16   Telephone: 720-322-4443
     ndowd@crowell.com
17
     *Attorneys for Plaintiff Kaiser Health Plan Inc.*
18
19
20
21
22
23
24
25
26
27
28

Gibson, Dunn &
Crutcher LLP

5

STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE
CASE NO. 4:21-CV-05497-HSG

**ECF ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that the concurrence in the filing of this document has been obtained from all other signatories.

Dated: March 5, 2024  /s/ *Samuel G. Liversidge*
Samuel G. Liversidge

\* \* \* \* \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/27/2024

Hon. Haywood S. Gilliam, Jr.
United States District Judge