1  GIBSON, DUNN & CRUTCHER LLP
   Samuel G. Liversidge, SBN 180578
2    sliversidge@gibsondunn.com
   Shaun A. Mathur, SBN 311029
3    smathur@gibsondunn.com
   Sarah M. Kushner, SBN 320077
4    smkushner@gibsondunn.com
   333 South Grand Avenue
5  Los Angeles, California  90071
   (213) 229-7000
6
   GIBSON, DUNN & CRUTCHER LLP
7  S. Christopher Whittaker, SBN 283518
     cwhittaker@gibsondunn.com
8  Courtney L. Spears, SBN 329521
     cspears@gibsondunn.com
9   3161 Michelson Drive
    Irvine, California 92612-4412
10   (949) 451-3800

11

12  *Attorneys for Defendants Merck & Co., Inc.,
   Merck Sharp & Dohme LLC (f/k/a Merck Sharp
   & Dohme Corporation), MSP Singapore*
13  *Company LLC, Schering-Plough Corp., and
   Schering Corp.*

14

15

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| KAISER FOUNDATION HEALTH PLAN, INC., | CASE NO. 4:21-cv-05497-HSG |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** |
| MERCK & COMPANY, INC.; MERCK SHARP & DOHME CORPORATION; SCHERING-PLOUGH CORPORATION; SCHERING CORPORATION; MSP SINGAPORE COMPANY LLC; GLENMARK PHARMACEUTICALS LTD.; AND GLENMARK PHARMACEUTICALS INC., USA, | |
| Defendants. | |

THIS MATTER comes before this Court upon Defendants Merck & Co., Inc., Merck Sharp & Dohme LLC (f/k/a Merck Sharp & Dohme Corp.), MSP Singapore Company LLC, Schering-Plough Corp., and Schering Corp.'s (collectively, "Merck"), Motion for Leave to File Supplemental Authority in Support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint. The Court, having considered Merck's Motion, and all papers filed herein, and good cause appearing, hereby orders as follows:

IT IS HEREBY ORDERED that the Motion for Leave to File Supplemental Authority in Support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint is GRANTED.

**IT IS SO ORDERED**

Dated:  1/3/2025                                    By: /s/ Haywood S. Gilliam, Jr.
                                                         THE HON. HAYWOOD S. GILLIAM, JR.
                                                         United States District Judge

Gibson, Dunn & Crutcher LLP