UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAISER FOUNDATION HEALTH PLAN INC., <br><br> Plaintiff, <br><br> v. <br><br> MERCK & COMPANY INC., et al., <br><br> Defendants. | Case No. 21-cv-05497-HSG <br><br> **SCHEDULING ORDER** |

A case management conference was held on April 29, 2025. Having considered the parties' proposals, *see* Dkt. No. 72, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | November 20, 2025 |
| Exchange of Opening Expert Reports | January 19, 2026 |
| Exchange of Rebuttal Expert Reports | April 10, 2026 |
| Close of Expert Discovery | June 25, 2026 |
| Deadline to File Dispositive and *Daubert* Motions | August 20, 2026 |
| Deadline to File Oppositions to Dispositive and *Daubert* Motions | October 1, 2026 |
| Deadline to File Replies to Dispositive and *Daubert* Motions | October 29, 2026 |
| Dispositive and *Daubert* Motions Hearing | December 17, 2026, at 2:00 p.m. |
| Pretrial Conference | May 25, 2027, at 3:00 p.m. |
| Jury Trial (35 days) | June 21, 2027, at 8:30 a.m. |

1  These dates may only be altered by order of the Court and only upon a showing of good
2  cause. The parties are directed to review and comply with this Court's standing orders.
3  **IT IS SO ORDERED.**
4  Dated:    5/1/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge