UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kaiser Foundation Health Plan Inc., <br><br> Plaintiff(s) <br> v. <br><br> Merck & Company Inc., et al., <br><br> Defendant(s) | CASE No C 4:21-cv-05497-HSG <br><br> STIPULATION AND ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
    The Parties agree to meet and confer on a mutually agreeable mediator.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: November 20, 2026

Date: May 6, 2025         /s/ Tiffanie L. McDowell
                          Attorney for Plaintiff

Date: May 6, 2025         /s/ Samuel G. Liversidge
                          Attorney for Defendant

☒ **IT IS SO ORDERED.**
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:  5/7/2025

*Haywood S. Gilliam Jr.*
U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019