UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KAISER FOUNDATION HEALTH PLAN INC., | Case No. 21-cv-05497-HSG (LJC) |
|---|---|
| Plaintiff, | **NOTICE OF REFERRAL FOR DISCOVERY** |
| v. | Re: Dkt. No. 84 |
| MERCK & COMPANY INC., et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery. The undersigned is reviewing the parties' joint discovery letter at ECF No. 83, and will order a telephone conference, hearing, and/or further briefing, if needed. For all future discovery disputes that the parties seek to resolve through this Court, the parties must comply with the procedures set forth in the Standing Order for Magistrate Judge Cisneros, available at https://cand.uscourts.gov/lisa-j-cisneros/.

Please contact the Courtroom Deputy Clerk Brittany Sims at ljccrd@cand.uscourts.gov with any questions.

**IT IS SO ORDERED.**

Dated: June 18, 2025

LISA J. CISNEROS
United States Magistrate Judge