| | |
|---|---|
| Daniel A. Sasse (State Bar No. 236234)<br>Tiffanie L. McDowell (State Bar No. 288946)<br>CROWELL & MORING LLP<br>3 Park Plaza, 20th Floor<br>Irvine, California 92614<br>Telephone: 949.263.8400<br>Facsimile: 949.263.8414<br>dsasse@crowell.com<br>tmcdowell@crowell.com | Samuel G. Liversidge<br>Shaun A. Mathur<br>Sarah M. Kushner<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071-3197<br>(213) 229-7000<br>sliversidge@gibsondunn.com<br>smkushner@gibsondunn.com |
| Kent A. Gardiner (*pro hac vice* forthcoming)<br>Mark M. Supko (*pro hac vice*)<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, D.C. 20004<br>Telephone: 202.624.2500<br>Facsimile: 202.628.5116<br>kgardiner@crowell.com<br>msupko@crowell.com | S. Christopher Whittaker<br>Courtney L. Spears<br>3161 Michelson Drive<br>Irvine, California 92612-4412<br>(949) 451-3800<br>cwhittaker@gibsondunn.com<br>cspears@gibsondunn.com |
| *Attorneys for Plaintiff*<br>*Kaiser Foundation Health Plan, Inc.* | *Attorneys for Defendants Merck & Co., Inc., Merck Sharp & Dohme LLC (f/k/a Merck Sharp & Dohme Corp.), Schering-Plough Corp., and Schering Corp., and MSP Singapore Company LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & COMPANY, INC.; MERCK SHARP & DOHME CORPORATION; SCHERING-PLOUGH CORPORATION; SCHERING CORPORATION; MSP SINGAPORE COMPANY LLC; GLENMARK PHARMACEUTICALS LTD.; AND GLENMARK PHARMACEUTICALS INC., USA,<br><br>Defendants. | Case No. 4:21-cv-05497-HSG<br><br>[Removed from San Francisco County Superior Court Case No. CGC-21-592508]<br><br>**JOINT STIPULATION AND ORDER REGARDING CASE SCHEDULE (as modified)**<br><br>Jury Trial Demanded |

1    Pursuant to Civil L.R. 6-2, Plaintiff Kaiser Foundation Health Plan, Inc. ("Kaiser"), along with Defendants Merck & Co., Inc., Merck Sharp & Dohme LLC (f/k/a Merck Sharp & Dohme Corp.), Schering-Plough Corp., Schering Corp., and MSP Singapore Company LLC (collectively, "Merck" or "Defendants"[1]) (together with Kaiser, the "Parties"), submit this Stipulation and [Proposed] Order revising the case schedule.

**WHEREAS**, on April 22, 2025, the Parties submitted a Joint Case Management Statement setting forth proposed dates for the completion of fact discovery, expert discovery, dispositive motions, and trial (ECF No. 72);

**WHEREAS**, the Joint Case Management Statement also noted that this action is one of four "opt-out" actions against Merck related to Zetia[2], and that counsel in this case overlaps with counsel in two related "opt-out" actions pending in the United States District Court for the District of New Jersey (*see* ECF No. 72 at 4-5);

**WHEREAS**, on May 1, 2025, the Court entered an Order setting a case schedule (ECF No. 76);

**WHEREAS**, on July 11, 2025, the court in *Humana* and *Centene* in the United States District Court for the District of New Jersey issued Pretrial Scheduling Orders that, among other things, set a deadline for the completion of fact discovery for February 12, 2026 (*see Humana*, ECF No. 93; *Centene*, ECF No. 72);

**WHEREAS**, as further described in the Declaration of Tiffanie L. McDowell, pursuant to Civil L.R. 6-2(a) in Support of Stipulation and [Proposed] Order Regarding Case Schedule, a copy of which is filed herewith, the Parties have conferred and agreed that there is good cause to modify the current discovery schedule and other case deadlines, and therefore jointly request that the Court enter an order modifying the case schedule, including the trial date, as set forth in the Proposed Revised Case Schedule below;

---

[1] On February 20, 2025, Kaiser filed a Notice of Voluntary Dismissal as to former defendants Glenmark Pharmaceuticals Ltd. and Glenmark Pharmaceuticals Inc., USA (collectively, "Glenmark").

[2] The other "opt-out" actions are *Humana Inc. v. Merck & Co., Inc. et al.*, No. 2:23-cv-23023-BRM-LDW (D.N.J.) ("*Humana*"), *Centene Corp. et al. v. Merck & Co., Inc. et al.*, No. 2:23-cv-23033-BRM-LDW (D.N.J.) ("*Centene*"), and *United HealthCare Services, Inc. v. Merck & Co., Inc. et al.*, No. 0:20-cv-01909-DSD-DTS (D. Minn.) ("*United*").

1   **WHEREAS**, the proposed revisions will more closely align the case schedule in this
2   action with those in *Humana* and *Centene*, thus allowing for greater coordination of discovery,
3   pretrial, and trial deadlines among the related cases, which will promote greater judicial economy
4   and use of Party and attorney resources;

5   **WHEREAS**, after recently receiving guidance from United States Magistrate Judge
6   Cisneros (*see* ECF. No. 88), the Parties are also continuing to meet and confer regarding disputed
7   discovery matters;

8   **WHEREAS**, with this Joint Stipulation, the Parties are also contemporaneously
9   submitting a Joint Stipulation and [Proposed] Order Regarding Meet and Confer Deadlines to
10  Judge Cisneros to move the August 8, 2025 deadline to meet and confer regarding alleged
11  duplicative Requests for Production ("RFPs") until after Defendants respond to the requests,
12  which will allow the Parties to more fully narrow the issues in dispute and move discovery
13  forward;

14  **WHEREAS,** the Parties have agreed to certain modifications to written discovery
15  deadlines, including extending Defendants' time to provide written responses to the May 30, 2025
16  discovery until 14 days after a ruling on the letter brief detailing disputes over the RFPs and
17  Interrogatories (ECF No. 83).

18  **WHEREAS,** Defendants have requested until August 15, 2025, to respond to the
19  outstanding RFPs and Interrogatories propounded on May 30, 2025, and Kaiser has consented.

20  **WHEREAS**, while the Parties hope to avoid extensive discovery disputes going forward,
21  the proposed extensions of the fact and expert discovery deadlines will ensure that the Parties
22  have adequate time to resolve future discovery disputes and fulfill their respective discovery
23  obligations;

24  **WHEREAS**, the proposed schedule moves the trial date 20 days earlier, from June 21,
25  2027 to June 1, 2027, and contemplates only a 15-day trial rather than the 35-day trial
26  contemplated in the initial scheduling order, expediting the resolution of this case and ensuring
27  there is sufficient time between the related *Humana* and *Centene* trials;

28

1  **WHEREAS**, the Parties believe that moving the case deadlines as outlined in the
2  Proposed Case schedule will allow the Parties to conserve attorney, Party, and judicial resources;
3  **WHEREAS**, the Parties have not previously sought modification of the case deadlines set
4  forth in ECF No. 76;
5  **THE PARTIES HEREBY STIPULATE, pursuant to Civil L.R. 6-2(a), and subject to**
6  **this Court's approval, as follows:**
7  The dates and deadlines in this action shall be as follows:

**Proposed Case Schedule**

| Event | Current Date | Proposed Revised Date |
|---|---|---|
| Meet and Confer Regarding Alleged Duplicative RFPs | August 8, 2025 | September 12, 2025 |
| Close of Fact Discovery | November 20, 2025 | February 12, 2026 |
| Deadline to file Non-dispositive Motions | November 20, 2025 | February 12, 2026 |
| Exchange of Opening Expert Reports | January 19, 2026 | April 3, 2026 |
| Exchange of Rebuttal Expert Reports | April 10, 2026 | June 12, 2026 |
| Close of Expert Discovery | June 25, 2026 | August 18, 2026 |
| Deadline to file Dispositive and *Daubert* Motions | August 20, 2026 | October 13, 2026 |
| Deadline to file Oppositions to Dispositive and *Daubert* Motions | October 1, 2026 | November 24, 2026 |
| Deadline to file Replies to Dispositive and *Daubert* Motions | October 29, 2026 | December 29, 2026 |
| Dispositive and *Daubert* Motions Hearing | December 17, 2026 at 2:00 p.m. | February 11, 2027 |
| Pretrial Conference | May 25, 2027 at 3:00 p.m. | May 11, 2027 |
| Jury Trial | June 21, 2027 at 8:30 a.m. (35 days) | June 1, 2027 (15 days) |

1  IT IS SO STIPULATED.

2

3  Dated: August 6, 2025                     Respectfully submitted,

4                                            CROWELL & MORING LLP

5                                            */s/ Tiffanie L. McDowell*
                                             Daniel A. Sasse (State Bar No. 236234)
6                                            Tiffanie L. McDowell (State Bar No. 288946)
                                             CROWELL & MORING LLP
7                                            3 Park Plaza, 20th Floor
                                             Irvine, California 92614
8                                            Telephone: 949.263.8400
                                             Facsimile: 949.263.8414
9                                            dsasse@crowell.com
                                             tmcdowell@crowell.com
10

11                                           Kent A. Gardiner (*pro hac vice* forthcoming)
                                             Mark M. Supko (*pro hac vice*)
12                                           CROWELL & MORING LLP
                                             1001 Pennsylvania Avenue NW
13                                           Washington, D.C. 20004
                                             Telephone: 202.624.2500
14                                           Facsimile: 202.628.5116
                                             kgardiner@crowell.com
15                                           msupko@crowell.com

16                                           *Attorneys for Plaintiff Kaiser Foundation Health Plan, Inc.*

17

18

19

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | Dated: August 6, 2025 | */s/ Samuel G. Liversidge* |
| 2 | | Samuel G. Liversidge, SBN 180578<br>Shaun A. Mathur, SBN 311029 |
| 3 | | Sarah M. Kushner, SBN 320077<br>GIBSON DUNN & CRUTCHER LLP |
| 4 | | 333 South Grand Avenue<br>Los Angeles, California 90071-3197 |
| 5 | | (213) 229-7000<br>sliversidge@gibsondunn.com |
| 6 | | smkushner@gibsondunn.com |
| 7 | | S. Christopher Whittaker, SBN 283518<br>Courtney L. Spears, SBN 329521 |
| 8 | | GIBSON DUNN & CRUTCHER LLP<br>3161 Michelson Drive |
| 9 | | Irvine, California 92612-4412<br>(949) 451-3800 |
| 10 | | cwhittaker@gibsondunn.com<br>cspears@gibsondunn.com |
| 11 | | *Attorneys for Defendants Merck & Co., Inc., Merck Sharp & Dohme LLC (f/k/a Merck Sharp & Dohme Corp.), Schering-Plough Corp., and Schering Corp., and MSP Singapore Company LLC* |

**ATTESTATION PER Civil L.R. 5-1(i)(3)**

I attest that concurrence in the filing of the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

Dated: August 6, 2025

/s/ *Tiffanie L. McDowell*
Tiffanie L. McDowell

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Dated: August 6, 2025                    /s/ Tiffanie L. McDowell
                                         Tiffanie L. McDowell

# ORDER

The Court, having reviewed the above Stipulation of Plaintiffs and Defendants and good cause appearing therefor, ORDERS as follows:

1. The Fact Discovery Deadline, which is currently November 20, 2025, shall be moved to February 12, 2026.

2. The Deadline to file Non-dispositive Motions related to fact discovery, which is currently November 20, 2025, shall be moved to February 12, 2026.

3. The Exchange of Opening Expert Reports, which is currently January 19, 2026, shall be moved to April 3, 2026.

4. The Exchange of Rebuttal Expert Reports, which is currently April 10, 2026, shall be moved to June 12, 2026.

5. The Expert Discovery Deadline, which is currently June 25, 2025, shall be moved to August 18, 2026.

6. The Deadline to file Dispositive and *Daubert* Motions, which is currently August 20, 2026, shall be moved to October 13, 2026.

7. The Deadline to file Oppositions to Dispositive and *Daubert* Motions, which is currently October 1, 2026, shall be moved to November 24, 2026.

8. The Deadline to file Replies to Dispositive and *Daubert* Motions, which is currently October 29, 2026, shall be moved to December 29, 2026.

9. The Deadline for Dispositive and *Daubert* Motions Hearings, which is currently December 17, 2026, shall be moved to February 11, 2027.

10. The pretrial conference, which is currently set for May 25, 2027, shall be moved to May 11, 2027.

11. The trial, which is currently set for June 21, 2027, shall be moved to June 1, 2027.

| Event | Revised Date |
|---|---|
| Meet and Confer Deadline Regarding Duplicative Requests for Production | September 12, 2025 |
| Close of Fact Discovery | February 12, 2026 |

| Deadline to file Non-dispositive Motions related to fact discovery | February 12, 2026 |
|---|---|
| Exchange of Opening Expert Reports | April 3, 2026 |
| Exchange of Rebuttal Expert Reports | June 12, 2026 |
| Close of Expert Discovery | August 18, 2026 |
| Deadline to file Dispositive and *Daubert* Motions | October 13, 2026 |
| Deadline to file Oppositions to Dispositive and *Daubert* Motions | November 24, 2026 |
| Deadline to file Replies to Dispositive and *Daubert* Motions | December 29, 2026 |
| Dispositive and *Daubert* Motions Hearing | February 11, 2027 at 2 p.m. |
| Pretrial Conference | May 11, 2027 at 3 p.m. |
| Jury Trial (15 days) | June 1, 2027 at 8:30 a.m. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/7/2025

_____
Hon. Haywood S. Gilliam, Jr.

10
JOINT STIPULATION AND ORDER REGARDING CASE SCHEDULE