1 | Daniel A. Sasse (State Bar No. 236234)
Tiffanie L. McDowell (State Bar No. 288946)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: 949.263.8400
Facsimile: 949.263.8414
dsasse@crowell.com
tmcdowell@crowell.com

Kent A. Gardiner (*pro hac vice* forthcoming)
Mark M. Supko (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116
kgardiner@crowell.com
msupko@crowell.com

*Attorneys for Plaintiff*
*Kaiser Foundation Health Plan, Inc.*

Samuel G. Liversidge
Shaun A. Mathur
Sarah M. Kushner
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
(213) 229-7000
sliversidge@gibsondunn.com
smkushner@gibsondunn.com

S. Christopher Whittaker
Courtney L. Spears
3161 Michelson Drive
Irvine, California 92612-4412
(949) 451-3800
cwhittaker@gibsondunn.com
cspears@gibsondunn.com

*Attorneys for Defendants Merck & Co., Inc., Merck Sharp & Dohme LLC (f/k/a Merck Sharp & Dohme Corp.), Schering-Plough Corp., and Schering Corp., and MSP Singapore Company LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & COMPANY, INC.; MERCK SHARP & DOHME CORPORATION; SCHERING-PLOUGH CORPORATION; SCHERING CORPORATION; MSP SINGAPORE COMPANY LLC; GLENMARK PHARMACEUTICALS LTD.; AND GLENMARK PHARMACEUTICALS INC., USA,<br><br>Defendants. | Case No. 4:21-cv-05497-HSG<br><br>[Removed from San Francisco County Superior Court Case No. CGC-21-592508]<br><br>**JOINT STIPULATION AND ORDER REGARDING THE MEET AND CONFER DEADLINE**<br><br>Jury Trial Demanded |

Pursuant to Civil L.R. 6-2, Plaintiff Kaiser Foundation Health Plan, Inc. ("Kaiser"), along with Defendants Merck & Co., Inc., Merck Sharp & Dohme LLC (f/k/a Merck Sharp & Dohme Corp.), Schering-Plough Corp., Schering Corp., and MSP Singapore Company LLC (collectively, "Merck" or "Defendants"[1]) (together with Kaiser, the "Parties"), submit this Stipulation and [Proposed] Order revising the deadline to meet and confer set forth in ECF No. 88.

**WHEREAS**, on April 22, 2025, the Parties submitted a Joint Case Management Statement setting forth proposed dates for the completion of fact discovery, expert discovery, dispositive motions, and trial dates (ECF No. 72);

**WHEREAS**, the Joint Case Management Statement also noted that this action is one of four "opt-out" actions against Merck related to Zetia[2], and that counsel in this case overlaps with counsel in two related "opt-out" actions pending in the United States District Court for the District of New Jersey (*see* ECF No. 72 at 4-5);

**WHEREAS**, on May 1, 2025, the Court entered an Order setting a case schedule (ECF No. 76);

**WHEREAS**, on May 30, 2025, pursuant to this Court's Order (ECF No. 75), Kaiser served written Requests for Production ("RFPs") and Interrogatories on Defendants;

**WHEREAS**, on June 13, 2025, pursuant to this Court's Order (ECF No. 75), Kaiser and Defendants submitted a letter brief detailing disputes over the RFPs and Interrogatories (ECF No. 83);

**WHEREAS**, the Parties agreed to extend Defendants' time to provide written responses to the May 30, 2025 discovery until 14 days after a ruling on the discovery dispute;

**WHEREAS**, on June 18, 2025, the discovery dispute was referred to Magistrate Judge Cisneros (ECF No. 85);

---

[1] On February 20, 2025, Kaiser filed a Notice of Voluntary Dismissal as to former defendants Glenmark Pharmaceuticals Ltd. and Glenmark Pharmaceuticals Inc., USA (collectively, "Glenmark").

[2] The other "opt-out" actions are *Humana Inc. v. Merck & Co., Inc. et al.*, No. 2:23-cv-23023-BRM-LDW (D.N.J.) ("*Humana*"), *Centene Corp. et al. v. Merck & Co., Inc. et al.*, No. 2:23-cv-23033-BRM-LDW (D.N.J.) ("*Centene*"), and *United HealthCare Services, Inc. v. Merck & Co., Inc. et al.*, No. 0:20-cv-01909-DSD-DTS (D. Minn.) ("*United*").

**WHEREAS**, on July 25, 2025, Judge Cisneros issued an Order Regarding Plaintiff's First Set of RFPs and Interrogatories (ECF No. 88);

**WHEREAS**, with respect to the Interrogatories, Judge Cisneros struck Interrogatory Nos. 5-7 and 9, but denied the request to strike Interrogatory Nos. 1-4 and 8 without prejudice (ECF No. 88);

**WHEREAS**, with respect to the RFPs, Judge Cisneros modified RFP Nos. 21-23 to seek documents pertaining to Vytorin only, denied Defendants' request to strike the remaining RFPs without prejudice, ordered that all of Kaiser's RFPs shall be construed as prefaced with the phrase "To the extent not produced in the MDL," and ordered the Parties to meet and confer by August 8, 2025 regarding any of the RFPs that Defendants deemed duplicative (ECF No. 88);

**WHEREAS**, on July 11, 2025, the court in the *Humana* and *Centene* actions in the United States District Court for the District of New Jersey issued Pretrial Scheduling Orders that, among other things, set a deadline for the completion of fact discovery for February 12, 2026 (*see Humana*, ECF No. 93; *Centene*, ECF No. 72);

**WHEREAS**, as further described in the Declaration of Tiffanie L. McDowell, pursuant to Civil L.R. 6-2(a) in Support of Stipulation and [Proposed] Order Regarding The Meet and Confer Deadline, a copy of which is filed herewith, the Parties have conferred and agreed that there is good cause to continue the meet and confer deadline;

**WHEREAS**, the Parties agree that Defendants' written responses to the outstanding RFPs and Interrogatories propounded on May 30, 2025, may assist in narrowing the scope of discovery issues;

**WHEREAS**, Defendants have requested until August 15, 2025, to respond to the outstanding RFPs and Interrogatories propounded on May 30, 2025, and Kaiser has consented;

**WHEREAS**, after recently receiving guidance from the Court (see ECF. No. 88), the Parties are also continuing to meet and confer regarding disputed discovery matters and believe that moving the deadline to meet and confer regarding duplicative RFPs until after Defendants respond to the requests will allow the Parties to more fully narrow the issues in dispute;

1   **WHEREAS**, the Parties believe that moving the deadline of the meet and confer until
2   after August 15, 2025, will allow the Parties to more efficiently brief any other outstanding issues
3   related to Kaiser's discovery requests, help conserve attorney and judicial resources, and prevent
4   successive briefing on issues relating to Kaiser's discovery requests;

5   **WHEREAS**, with this Joint Stipulation, the Parties are also contemporaneously
6   submitting a Joint Stipulation and [Proposed] Order Regarding Case Schedule to United States
7   District Judge Gilliam to modify the case schedule, including to fact and expert discovery
8   deadlines and modify the trial date to increase coordination with the *Humana* and *Centene* cases
9   as well as more effectively utilize judicial resources;

10  **WHEREAS**, while the Parties hope to avoid extensive discovery disputes going forward,
11  the proposed extension of the meet and confer deadline along with the deadlines set by Judge
12  Gilliam will ensure that the Parties have adequate time to resolve future discovery disputes and
13  fulfill their respective discovery obligations;

14  **WHEREAS**, the Parties have not previously sought modification of the deadline set forth
15  in ECF No. 88;

16  **THE PARTIES HEREBY STIPULATE, pursuant to Civil L.R. 6-2(a), and subject to**
17  **this Court's approval, as follows:**

18  The meet and confer date and deadline in this action shall be as follows:

19  The Meet and Confer Deadline for Duplicative Requests for Production, which is
20  currently August 8, 2025, shall be moved to September 12, 2025.

26  / / /
27  / / /
28  / / /

IT IS SO STIPULATED.

Dated: August 6, 2025

Respectfully submitted,

CROWELL & MORING LLP

 /s/ Tiffanie L. McDowell
Daniel A. Sasse (State Bar No. 236234)
Tiffanie L. McDowell (State Bar No. 288946)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: 949.263.8400
Facsimile: 949.263.8414
dsasse@crowell.com
tmcdowell@crowell.com

Kent A. Gardiner (*pro hac vice* forthcoming)
Mark M. Supko (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116
kgardiner@crowell.com
msupko@crowell.com

*Attorneys for Plaintiff Kaiser Foundation Health Plan, Inc.*

| | |
|---|---|
| Dated: August 6, 2025 | */s/ Samuel G. Liversidge* |

Samuel G. Liversidge, SBN 180578
Shaun A. Mathur, SBN 311029
Sarah M. Kushner, SBN 320077
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
(213) 229-7000
sliversidge@gibsondunn.com
smkushner@gibsondunn.com

S. Christopher Whittaker, SBN 283518
Courtney L. Spears, SBN 329521
GIBSON DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
(949) 451-3800
cwhittaker@gibsondunn.com
cspears@gibsondunn.com

*Attorneys for Defendants Merck & Co., Inc., Merck Sharp & Dohme LLC (f/k/a Merck Sharp & Dohme Corp.), Schering-Plough Corp., and Schering Corp., and MSP Singapore Company LLC*

JOINT STIPULATION AND ORDER REGARDING MEET AND CONFER DEADLINE

**ATTESTATION PER Civil L.R. 5-1(i)(3)**

I attest that concurrence in the filing of the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

Dated: August 6, 2025                     /s/ *Tiffanie L. McDowell*
                                          Tiffanie L. McDowell

# CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Dated: August 6, 2025                    */s/ Tiffanie L. McDowell*
                                         Tiffanie L. McDowell

## ORDER

The Court, having reviewed the above Stipulation of Plaintiffs and Defendants and good cause appearing therefor, ORDERS as follows:

The Meet and Confer Deadline for Duplicative Requests for Production, which is currently August 8, 2025, shall be moved to September 12, 2025.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 8, 2025

_____
Hon. Lisa J. Cisneros