Daniel A. Sasse (State Bar No. 236234)
Tiffanie L. McDowell (State Bar No. 288946)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: 949.263.8400
Facsimile: 949.263.8414
dsasse@crowell.com
tmcdowell@crowell.com

Kent A. Gardiner (*pro hac vice* forthcoming)
Mark M. Supko (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116
kgardiner@crowell.com
msupko@crowell.com

*Attorneys for Plaintiff*
*Kaiser Foundation Health Plan, Inc.*

Samuel G. Liversidge
Shaun A. Mathur
Sarah M. Kushner
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
(213) 229-7000
sliversidge@gibsondunn.com
smkushner@gibsondunn.com

S. Christopher Whittaker
Courtney L. Spears
3161 Michelson Drive
Irvine, California 92612-4412
(949) 451-3800
cwhittaker@gibsondunn.com
cspears@gibsondunn.com

*Attorneys for Defendants Merck & Co., Inc.,*
*Merck Sharp & Dohme LLC (f/k/a Merck*
*Sharp & Dohme Corp.), Schering-Plough*
*Corp., and Schering Corp., and MSP*
*Singapore Company LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KAISER FOUNDATION HEALTH PLAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERCK & COMPANY, INC.; MERCK SHARP & DOHME CORPORATION; SCHERING-PLOUGH CORPORATION; SCHERING CORPORATION; MSP SINGAPORE COMPANY LLC; GLENMARK PHARMACEUTICALS LTD.; AND GLENMARK PHARMACEUTICALS INC., USA, <br><br> Defendants. | Case No. 4:21-cv-05497-HSG <br><br> [Removed from San Francisco County Superior Court Case No. CGC-21-592508] <br><br> **JOINT STIPULATION AND ORDER REGARDING MULTI-DISTRICT LITIGATION DISCOVERY** <br><br> Jury Trial Demanded |

Plaintiff Kaiser Foundation Health Plan, Inc. ("Kaiser") and Defendants Merck & Company, Inc., Merck, Sharp & Dohme Corporation, Schering-Plough Corporation, and Schering Corporation (collectively, "Merck" and together with Kaiser, the "Parties") are taking discovery in the present litigation involving antitrust allegations;

**WHEREAS** litigations involving similar antitrust allegations previously were consolidated in the multi-district litigation action *In re: Zetia (Ezetimibe) Antitrust Litigation*, MDL No. 2:18-md-2836 (E.D. Va.) ("MDL");

**WHEREAS** certain plaintiffs' actions were first consolidated in the MDL on June 15, 2018;

**WHEREAS** Kaiser's case (the present litigation) was consolidated in the MDL on September 21, 2021;

**WHEREAS** Kaiser was an opt-out plaintiff in the MDL and its case was remanded to the District Court of Northern California on December 13, 2023;

**WHEREAS** the Parties seek to streamline discovery and reduce the burden by avoiding discovery in this litigation that is duplicative of the discovery taken in the MDL to the extent possible; and

**THEREFORE**, **THE PARTIES HEREBY AGREE AND STIPULATE THAT**:

1.      The Parties agree not to object to a Party's use of any evidence obtained through discovery during the pendency of the MDL from June 15, 2018 to December 13, 2023 (the "MDL Period") on the basis that the evidence was obtained through discovery during the MDL Period. The Parties otherwise reserve all rights to object to the admissibility of such evidence based on the Federal Rules of Evidence or on any other grounds.

IT IS SO STIPULATED.

1

JOINT STIPULATION AND ORDER REGARDING MULTI-DISTRICT LITIGATION DISCOVERY

Dated: February 12, 2026

Respectfully submitted,

CROWELL & MORING LLP

*/s/ Daniel A. Sasse*

Daniel A. Sasse (State Bar No. 236234)
Tiffanie L. McDowell (State Bar No. 288946)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: 949.263.8400
Facsimile: 949.263.8414
dsasse@crowell.com
tmcdowell@crowell.com

Kent A. Gardiner (*pro hac vice* forthcoming)
Mark M. Supko (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116
kgardiner@crowell.com
msupko@crowell.com

*Attorneys for Plaintiff Kaiser Foundation Health Plan, Inc.*

Dated: February 12, 2026

*/s/ Shaun A. Mathur*

Samuel G. Liversidge, SBN 180578
Shaun A. Mathur, SBN 311029
Sarah M. Kushner, SBN 320077
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
(213) 229-7000
sliversidge@gibsondunn.com
smkushner@gibsondunn.com

S. Christopher Whittaker, SBN 283518
Courtney L. Spears, SBN 329521
GIBSON DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
(949) 451-3800
cwhittaker@gibsondunn.com
cspears@gibsondunn.com

*Attorneys for Defendants Merck & Co., Inc., Merck Sharp & Dohme LLC (f/k/a Merck Sharp & Dohme Corp.), Schering-Plough Corp., and Schering Corp., and MSP Singapore Company LLC*

2

JOINT STIPULATION AND ORDER REGARDING MULTI-DISTRICT LITIGATION DISCOVERY

**ATTESTATION PER Civil L.R. 5-1(i)(3)**

I attest that concurrence in the filing of the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

Dated: February 12, 2026                    /s/ Daniel A. Sasse
                                            Daniel A. Sasse

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2026, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Daniel A. Sasse
Daniel A. Sasse

4

JOINT STIPULATION AND ORDER REGARDING MULTI-DISTRICT LITIGATION DISCOVERY

**ORDER**

The Court, having reviewed the above Stipulation of Plaintiff and Defendants and good cause appearing therefore, ORDERS as follows:

1.      The Parties may not object to a Party's use of any evidence obtained through discovery during the pendency of the MDL from June 15, 2018 to December 13, 2023 (the "MDL Period") on the basis that the evidence was obtained through discovery during the MDL Period. The Parties otherwise reserve all rights to object to the admissibility of such evidence based on the Federal Rules of Evidence or on any other grounds.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

 Dated:   2/13/2026

_Haywood S. Gill, Jr._
Hon. Haywood S. Gilliam, Jr.

5

JOINT STIPULATION AND ORDER REGARDING MULTI-DISTRICT LITIGATION DISCOVERY