Daniel A. Sasse (State Bar No. 236234)
Tiffanie L. McDowell (State Bar No. 288946)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: 949.263.8400
Facsimile: 949.263.8414
dsasse@crowell.com
tmcdowell@crowell.com

Kent A. Gardiner (*pro hac vice* forthcoming)
Mark M. Supko (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116
kgardiner@crowell.com
msupko@crowell.com

*Attorneys for Plaintiff*
*Kaiser Foundation Health Plan, Inc.*

Samuel G. Liversidge
Shaun A. Mathur
Sarah M. Kushner
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
(213) 229-7000
sliversidge@gibsondunn.com
smkushner@gibsondunn.com

S. Christopher Whittaker
Courtney L. Spears
3161 Michelson Drive
Irvine, California 92612-4412
(949) 451-3800
cwhittaker@gibsondunn.com
cspears@gibsondunn.com

*Attorneys for Defendants Merck & Co., Inc.,*
*Merck Sharp & Dohme LLC (f/k/a Merck*
*Sharp & Dohme Corp.), Schering-Plough*
*Corp., and Schering Corp., and MSP*
*Singapore Company LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KAISER FOUNDATION HEALTH PLAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERCK & COMPANY, INC.; MERCK SHARP & DOHME CORPORATION; SCHERING-PLOUGH CORPORATION; SCHERING CORPORATION; MSP SINGAPORE COMPANY LLC; GLENMARK PHARMACEUTICALS LTD.; AND GLENMARK PHARMACEUTICALS INC., USA, <br><br> Defendants. | Case No. 4:21-cv-05497-HSG <br><br> [Removed from San Francisco County Superior Court Case No. CGC-21-592508] <br><br> **JOINT STIPULATION AND ORDER REGARDING DISCOVERY SCHEDULE (as modified)** <br><br> Jury Trial Demanded |

JOINT STIPULATION AND ORDER REGARDING DISCOVERY SCHEDULE

Pursuant to Civil Local Rules 6-2 and 7-12, Merck & Company, Inc., Merck Sharp & Dohme LLC (f/k/a Merck Sharp & Dohme Corporation), MSP Singapore Co. LLC, Schering-Plough Corporation, and Schering Corporation ("Merck"), along with Plaintiff Kaiser Foundation Health Plan Inc. ("Kaiser"), by and through their undersigned counsel of record, hereby stipulate as follows:

**WHEREAS,** on May 1, 2025, the Court entered an Order setting a case schedule (ECF No. 76);

**WHEREAS**, on August 7, 2025, the Court entered an Order granting the Parties' stipulation to revise the case schedule to align the deadlines in this case with those in two related opt-out actions pending in the United States District Court for the District of New Jersey[1] (ECF No. 97);

**WHEREAS**, on January 16, 2026, the Court entered an Order granting the Parties' stipulation to revise the case schedule to extend certain discovery deadlines by four weeks (ECF No. 112);

**WHEREAS,** the court in the *Humana* and *Centene* actions ordered the parties to submit a revised case schedule for those actions that would extend the time for fact and expert witness discovery and the parties submitted a proposed schedule to the Court on February 10, 2026;

**WHEREAS,** the Parties have met and conferred and agreed that it will promote efficiency and conserve attorney, Party, and judicial resources to keep the schedule in this action aligned with the case schedules in the *Humana* and *Centene* actions;

**WHEREAS**, the Parties have agreed on a proposed schedule that will not require changing the current deadlines for close of expert discovery, the filing of dispositive and *Daubert* motions, the hearing date for disposition and *Daubert* motions, the pretrial conference, or the trial date; and

**THEREFORE**, **THE PARTIES HEREBY AGREE AND STIPULATE, PURSUANT TO CIVIL L.R. 6-2(a), AS FOLLOWS**:

The dates and deadlines in this action shall be as follows:

---

[1] The other "opt-out" actions with overlapping counsel for the parties are *Humana Inc. v. Merck & Co., Inc. et al.*, No. 2:23-cv-23023- BRM-LDW (D.N.J.) ("*Humana*"), *Centene Corp. et al. v. Merck & Co.*, Inc. et al., No. 2:23-cv23033-BRM-LDW (D.N.J.) ("*Centene*").

1

| Event | Current Date | Proposed Revised Date |
|---|---|---|
| Substantial Completion Deadline | January 30, 2026 | Same |
| Close of Fact Discovery | March 12, 2026 | May 1, 2026 |
| Deadline to file Non-dispositive Motions | March 12, 2026 | May 1, 2026 |
| Opening Expert Reports | May 1, 2026 | May 29, 2026 |
| Rebuttal Expert Reports | July 10, 2026 | July 17, 2026 |
| Close of Expert Discovery | September 15, 2026 | September 15, 2026 |
| Deadline to file Dispositive and *Daubert* Motions | October 13, 2026 | Same |
| Deadline to file Oppositions to Dispositive and *Daubert* Motions | November 24, 2026 | Same |
| Deadline to file Replies to Dispositive and *Daubert* Motions | December 29, 2026 | Same |
| Dispositive and *Daubert* Motions Hearing | February 11, 2027 at 2:00 p.m. | Same |
| Pretrial Conference | May 11, 2027 at 3:00 p.m. | Same |
| Jury Trial | June 1, 2027 (15 days) | Same |

IT IS SO STIPULATED.

2

JOINT STIPULATION AND ORDER RE CASE SCHEDULE

Dated: February 13, 2026

Respectfully submitted,

CROWELL & MORING LLP

*/s/ Tiffanie L. McDowell*

Daniel A. Sasse (State Bar No. 236234)
Tiffanie L. McDowell (State Bar No. 288946)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: 949.263.8400
Facsimile: 949.263.8414
dsasse@crowell.com
tmcdowell@crowell.com

Kent A. Gardiner (*pro hac vice* forthcoming)
Mark M. Supko (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116
kgardiner@crowell.com
msupko@crowell.com

*Attorneys for Plaintiff Kaiser Foundation Health Plan, Inc.*

Dated: February 13, 2026

*/s/ Shaun A. Mathur*

Samuel G. Liversidge, SBN 180578
Shaun A. Mathur, SBN 311029
Sarah M. Kushner, SBN 320077
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
(213) 229-7000
sliversidge@gibsondunn.com
smkushner@gibsondunn.com

S. Christopher Whittaker, SBN 283518
Courtney L. Spears, SBN 329521
GIBSON DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
(949) 451-3800
cwhittaker@gibsondunn.com
cspears@gibsondunn.com

*Attorneys for Defendants Merck & Co., Inc., Merck Sharp & Dohme LLC (f/k/a Merck Sharp & Dohme Corp.), Schering-Plough Corp., and Schering Corp., and MSP Singapore Company LLC*

3

JOINT STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE

**ATTESTATION PER Civil L.R. 5-1(i)(3)**

I attest that concurrence in the filing of the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

Dated: February 13, 2026                          /s/ Tiffanie L. McDowell
                                                  Tiffanie L. McDowell

JOINT STIPULATION AND ORDER RE CASE SCHEDULE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2026, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

JOINT STIPULATION AND ORDER RE CASE SCHEDULE



*/s/ Tiffanie L. McDowell*
Tiffanie L. McDowell

JOINT STIPULATION AND ORDER RE CASE SCHEDULE

## ORDER

The Court, having reviewed the above Stipulation of Plaintiff and Defendants and good cause appearing therefore, ORDERS as follows:

1.     The Fact Discovery Deadline, which is currently March 12, 2026, shall now be moved to May 1, 2026.

2.     The Deadline to file any Non-Dispositive Motions related to fact discovery, which is currently March 12, 2026, shall be moved to May 1, 2026.

3.     The Deadline to exchange Opening Expert Reports, which is currently May 1, 2026, shall be moved to May 29, 2026.

4.     The Deadline to exchange Rebuttal Expert Reports, which is currently July 10, 2026, shall be moved to on July 17, 2026.

5.     All other deadlines shall remain unchanged.

| Event | Revised Date |
|---|---|
| Substantial Completion Deadline | January 30, 2026 |
| Close of Fact Discovery | May 1, 2026 |
| Deadline to file Non-dispositive Motions | May 1, 2026 |
| Opening Expert Reports | May 29, 2026 |
| Rebuttal Expert Reports | July 17, 2026 |
| Close of Expert Discovery | September 15, 2026 |
| Deadline to file Dispositive and *Daubert* Motions | October 13, 2026 |
| Deadline to file Oppositions to Dispositive and *Daubert* Motions | November 24, 2026 |
| Deadline to file Replies to Dispositive and *Daubert* Motions | December 29, 2026 |

JOINT STIPULATION AND ORDER RE CASE SCHEDULE

| Dispositive and *Daubert* Motions Hearing | February 11, 2027 at 2:00 p.m. |
| --- | --- |
| Pretrial Conference | May 11, 2027 at 3:00 p.m. |
| Jury Trial | June 1, 2027 (15 days) |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/17/2026

_____
Hon. Haywood S. Gilliam, Jr.

8

JOINT STIPULATION AND ORDER RE CASE SCHEDULE