UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Kaiser Foundation Health Plan, Inc.,

Plaintiff,

v.

Merck & Company, Inc. et al.,

Defendants.

Case No. 4:21-cv-05497-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Ryan Henry Seewald, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Kaiser Foundation Health Plan, Inc. in the above-entitled action. My local co-counsel in this case is Daniel Allen Sasse, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 236234.

1601 Wewatta St., Ste. 815, Denver, CO 80202
MY ADDRESS OF RECORD

3 Park Plaza, 20th Floor, Irvine, CA 92614
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(303) 524-8660
MY TELEPHONE # OF RECORD

(949) 263-8400
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

RSeewald@crowell.com
MY EMAIL ADDRESS OF RECORD

DSasse@crowell.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 52618.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ____0____ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 24, 2026

Ryan Henry Seewald
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Ryan Henry Seewald    is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/25/2026

UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021

2



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, **Cheryl Stevens**, *Clerk of the Supreme Court of t h e   S t a t e o f  Colorado, do hereby certify that*

**Ryan Henry Seewald**

*has been duly licensed and admitted to practice as an*

## ATTORNEY AND COUNSELOR AT LAW

*within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the* **5th**

*day of* **November** *A.D.* **2018** *and that at the date hereof the said* **Ryan Henry Seewald** *is in good standing a t  this Bar.*



**IN WITNESS WHEREOF**, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this* **2nd** *day of* **December** *A.D.* **2025**

*Cheryl Stevens*

Clerk

By _____

Deputy Clerk