Samuel G. Liversidge
Shaun A. Mathur
Sarah M. Kushner
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
(213) 229-7000
sliversidge@gibsondunn.com
smkushner@gibsondunn.com

S. Christopher Whittaker
Courtney L. Spears
3161 Michelson Drive
Irvine, California 92612-4412
(949) 451-3800
cwhittaker@gibsondunn.com
cspears@gibsondunn.com

*Attorneys for Defendants Merck & Co., Inc.,
Merck Sharp & Dohme LLC (f/k/a Merck Sharp
& Dohme Corp.), Schering-Plough Corp., and
Schering Corp., and MSP Singapore Company
LLC*

Daniel A. Sasse (State Bar No. 236234)
Tiffanie L. McDowell (State Bar No. 288946)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: 949.263.8400
Facsimile: 949.263.8414
dsasse@crowell.com
tmcdowell@crowell.com

Kent A. Gardiner (*pro hac vice* forthcoming)
Mark M. Supko (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116
kgardiner@crowell.com
msupko@crowell.com

*Attorneys for Plaintiff
Kaiser Foundation Health Plan, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>MERCK & COMPANY, INC.; MERCK SHARP & DOHME CORPORATION; SCHERING-PLOUGH CORPORATION; SCHERING CORPORATION; MSP SINGAPORE COMPANY LLC; GLENMARK PHARMACEUTICALS LTD.; AND GLENMARK PHARMACEUTICALS INC., USA,<br>       Defendants. | Case No. 4:21-cv-05497-HSG<br><br>[Removed from San Francisco County Superior Court Case No. CGC-21-592508]<br><br>**JOINT STIPULATION AND ORDER REGARDING HEARING ON DISCOVERY DISPUTES**<br><br>Jury Trial Demanded |

JOINT STIPULATION AND ORDER REGARDING HEARING ON DISCOVERY DISPUTES

Pursuant to the Court's February 23, 2026 Order, Defendants Merck & Co., Inc., Merck Sharp & Dohme LLC (f/k/a Merck Sharp & Dohme Corp.), Schering-Plough Corp., Schering Corp., and MSP Singapore Company LLC (collectively, "Merck" or "Defendants"[1]) and Plaintiff Kaiser Foundation Health Plan, Inc. ("Kaiser") (together with Kaiser, the "Parties"), submit this Stipulation and [Proposed] Order moving the Zoom hearing on the Parties' discovery disputes from February 26, 2026, to March 2, 2026, at 2:00 pm.

**WHEREAS**, on November 25, 2025, the Parties filed a Joint Discovery Letter Brief Regarding Plaintiff's RFP Nos. 21 and 22 (the "Orange Book Dispute Letter") (ECF No. 109);

**WHEREAS**, on November 25, 2025, the Parties also filed a Joint Discovery Letter Brief Regarding Merck's RFP Nos. 112, 138, 144, 148, 150, and 151 (the "Pass-On Dispute Letter") (ECF No. 110);

**WHEREAS**, on February 23, 2026, the Court entered an Order setting a Zoom hearing on the Orange Book Dispute Letter for February 26, 2026, at 9:30 am, which also directed the Parties to file a stipulation and proposed order if they were not available at that time, and to be prepared to address the Pass-On Dispute Letter at the hearing if the Court has not yet ruled on it (ECF No. 120);

**WHEREAS**, counsel for the Parties are not available on February 26, 2026; and

**WHEREAS**, counsel for the Parties are available on March 2, 2026, at 2:00 pm;

**THE PARTIES HEREBY STIPULATE, pursuant to the Court's February 23, 2026 Order, and subject to the Court's approval, as follows:**

1.  The February 26, 2026 Zoom hearing is rescheduled to March 2, 2026, at 2:00 pm.

---

[1] On February 20, 2025, Kaiser filed a Notice of Voluntary Dismissal as to former defendants Glenmark Pharmaceuticals Ltd. and Glenmark Pharmaceuticals Inc., USA (collectively, "Glenmark").

JOINT STIPULATION AND ORDER REGARDING HEARING ON DISCOVERY DISPUTES

IT IS SO STIPULATED.


Dated: February 25, 2026

/s/ Samuel G. Liversidge
Samuel G. Liversidge, SBN 180578
Shaun A. Mathur, SBN 311029
Sarah M. Kushner, SBN 320077
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
(213) 229-7000
sliversidge@gibsondunn.com
smkushner@gibsondunn.com

S. Christopher Whittaker, SBN 283518
Courtney L. Spears, SBN 329521
GIBSON DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
(949) 451-3800
cwhittaker@gibsondunn.com
cspears@gibsondunn.com

*Attorneys for Defendants Merck & Company, Inc., Merck Sharp & Dohme LLC (f/k/a Merck Sharp & Dohme Corporation), Schering-Plough Corporation, and Schering Corporation, and MSP Singapore Company LLC*

2

JOINT STIPULATION AND ORDER REGARDING HEARING ON DISCOVERY DISPUTES

Dated: February 25, 2026

Respectfully submitted,

CROWELL & MORING LLP

*/s/ Daniel A. Sasse*
Daniel A. Sasse (State Bar No. 236234)
Tiffanie L. McDowell (State Bar No. 288946)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: 949.263.8400
Facsimile: 949.263.8414
dsasse@crowell.com
tmcdowell@crowell.com

Kent A. Gardiner (*pro hac vice* forthcoming)
Mark M. Supko (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116
kgardiner@crowell.com
msupko@crowell.com

*Attorneys for Plaintiff Kaiser Foundation Health Plan, Inc.*

3
JOINT STIPULATION AND ORDER REGARDING HEARING ON DISCOVERY DISPUTES

## ATTESTATION PER Civil L.R. 5-1(i)(3)

I attest that concurrence in the filing of the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

Dated: February 25, 2026
                                                        /s/ Samuel G. Liversidge
                                                        Samuel G. Liversidge

4

## ORDER

The Court, having reviewed the above Joint Stipulation of the Parties, ORDERS as follows:

1.  The February 26, 2026 Zoom hearing is rescheduled to March 2, 2026, at 2:00 pm.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 26, 2026

_____
Hon. Lisa J. Cisneros

5

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON DISCOVERY DISPUTES