GIBSON, DUNN & CRUTCHER LLP
SAMUEL LIVERSIDGE, SBN 180578
SLiversidge@gibsondunn.com
SHAUN A. MATHUR, SBN 311029
SMathurr@gibsondunn.com
SARAH M. KUSHNER, SBN 320077
SMKushner@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

S. CHRISTOPHER WHITTAKER, SBN 283518
CWhittaker@gibsondunn.com
COURTNEY L. SPEARS, SBN 329521
CSpears@gibsondunn.com
3161 Michelson Drive
Irvine, California 92612
Telephone: 949.451.3800
Facsimile: 949.451.4220

*Attorneys for Defendants*
*Merck & Company, Inc., Merck Sharp & Dohme LLC (f/k/a Merck Sharp & Dohme Corporation), MSP Singapore Company LLC, Schering-Plough Corporation, and Schering Corporation*

[Additional Counsel on Signature Page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & COMPANY, INC.; MERCK SHARP & DOHME CORPORATION; SCHERING PLOUGH CORPORATION; SCHERING CORPORATION; MSP SINGAPORE COMPANY LLC; GLENMARK PHARMACEUTICALS LTD.; AND GLENMARK PHARMACEUTICALS INC., USA,<br><br>Defendants. | CASE NO. 4:21-cv-05497-HSG<br><br>**STIPULATION AND ORDER REGARDING PAGE LIMITS FOR DISPOSITIVE MOTIONS** |

Pursuant to Civil Local Rule 7-12, Merck & Company, Inc., Merck Sharp & Dohme LLC (f/k/a Merck Sharp & Dohme Corporation), MSP Singapore Co. LLC, Schering-Plough Corporation, and Schering Corporation ("Merck"), along with Plaintiff Kaiser Foundation Health Plan Inc. ("Kaiser"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, the parties previously stipulated that Merck may have 35 pages for its motion to dismiss Kaiser's Amended Complaint, Kaiser may have 35 pages for its opposition to Merck's motion to dismiss, and Merck may have 25 pages for its reply in support of its motion to dismiss (Dkt. 57);

WHEREAS, the Court granted the parties' previous stipulation providing that Merck may have 35 pages for its motion to dismiss Kaiser's Amended Complaint, Kaiser may have 35 pages for its opposition to Merck's motion to dismiss, and Merck may have 25 pages for its reply in support of its motion to dismiss (Dkt. 58);

WHEREAS, the parties previously stipulated that Merck may have 30 pages for its motion to dismiss Kaiser's Second Amended Complaint, Kaiser may have 30 pages for its opposition to Merck's motion to dismiss; and Merck may have 20 pages for its reply in support of its motion to dismiss (Dkt. 73);

WHEREAS, the Court granted the parties' previous stipulation providing that Merck may have 30 pages for its motion to dismiss Kaiser's Second Amended Complaint, Kaiser may have 30 pages for its opposition to Merck's motion to dismiss; and Merck may have 20 pages for its reply in support of its motion to dismiss (Dkt. 74);

WHEREAS, the Court's September 23, 2026 Minute Entry directed the parties "to meet and confer and e-file either a stipulation and proposed order regarding page limits for summary judgment briefing, or an administrative motion regarding page limits if there is no agreement";

WHEREAS, Good cause exists to grant the parties additional pages for their forthcoming summary judgment motions because this is a complex antitrust case and the motions are likely to address numerous issues;

///

///

NOW, THEREFORE, Kaiser and Merck have agreed to, and respectively submit for approval by the Court, the following page limits for the parties' forthcoming motions for summary judgment:

1. Each party shall have 35 pages for any motion for summary judgment it may file.
2. Each party shall have 35 pages for any opposition to a motion for summary judgment.
3. Each party shall have 20 pages for any reply in support of its motion for summary judgment.

**IT IS SO STIPULATED.**

DATED: September 23, 2026

Respectfully submitted,

*/s/ Samuel Liversidge*

Samuel Liversidge, Bar No. 180578
Sarah M. Kushner, Bar No. 320077
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000
SLiversidge@gibsondunn.com
SMKushner@gibsondunn.com

S. Christopher Whittaker, SBN 283518
Courtney L. Spears, SBN 329521
GIBSON DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
(949) 451-3800
cwhittaker@gibsondunn.com
cspears@gibsondunn.com

*Attorneys for Defendants Merck & Company, Inc., Merck Sharp & Dohme LLC (f/k/a Merck Sharp & Dohme Corporation), MSP Singapore Company LLC, Schering-Plough Corporation, and Schering Corporation*

*/s/ Daniel Sasse*

Daniel A. Sasse, SBN 236234
Tiffanie L. McDowell, SBN 288946
CROWELL & MORING LLP
3 Park Plaza, 20th Floor,
Irvine, CA 92614
Telephone: 949.263.8400
dsasse@crowell.com
tmcdowell@crowell.com

Kent A. Gardiner (*pro hac vice*)

Mark M. Supko (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.624.2500
vgaluzzo@crowell.com
msupko@crowell.com

Nicholas Dowd (*pro hac vice*)
CROWELL & MORING LLP
1601 Wewatta Street
Suite 815
Denver, CO 80202
Telephone: 720-322-4443
ndowd@crowell.com

*Attorneys for Plaintiff Kaiser Foundation Health Plan Inc.*

## ECF ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I attest that the concurrence in the filing of this document has been obtained from all other signatories.

Dated: September 23, 2026

*/s/ Samuel Liversidge*
Samuel Liversidge

* * * * *

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/29/2026

Haywood S. Gilliam, Jr.
Hon. Haywood S. Gilliam, Jr.
United States District Judge