GIBSON, DUNN & CRUTCHER LLP
SAMUEL LIVERSIDGE, SBN 180578
SLiversidge@gibsondunn.com
SHAUN A. MATHUR, SBN 311029
SMathurr@gibsondunn.com
SARAH M. KUSHNER, SBN 320077
SMKushner@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

S. CHRISTOPHER WHITTAKER, SBN 283518
CWhittaker@gibsondunn.com
COURTNEY L. SPEARS, SBN 329521
CSpears@gibsondunn.com
3161 Michelson Drive
Irvine, California 92612
Telephone: 949.451.3800
Facsimile: 949.451.4220

*Attorneys for Defendants*
*Merck & Company, Inc., Merck Sharp & Dohme LLC (f/k/a Merck Sharp & Dohme Corporation), MSP Singapore Company LLC, Schering-Plough Corporation, and Schering Corporation*

[Additional Counsel on Signature Page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

KAISER FOUNDATION HEALTH PLAN, INC.,

Plaintiff,

v.

MERCK & COMPANY, INC.; MERCK SHARP & DOHME CORPORATION; SCHERING PLOUGH CORPORATION; SCHERING CORPORATION; MSP SINGAPORE COMPANY LLC; GLENMARK PHARMACEUTICALS LTD.; AND GLENMARK PHARMACEUTICALS INC., USA,

Defendants.

CASE NO. 4:21-cv-05497-HSG

**STIPULATION AND ORDER SETTING OMNIBUS SEALING PROCEDURE IN CONNECTION WITH DISPOSITIVE AND *DAUBERT* MOTIONS**

Pursuant to Civil Local Rule 7-12, Merck & Company, Inc., Merck Sharp & Dohme LLC (f/k/a Merck Sharp & Dohme Corporation), MSP Singapore Co. LLC, Schering-Plough Corporation, and Schering Corporation ("Merck"), along with Plaintiff Kaiser Foundation Health Plan Inc. ("Kaiser"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, the parties' deadline to file dispositive and *Daubert* motions is October 13, 2026 (ECF No. 118);

WHEREAS, the parties' deadline to file oppositions to dispositive and *Daubert* motions is November 24, 2026 (*id.*);

WHEREAS, the parties' deadline to file replies in support of dispositive and *Daubert* motions is December 29, 2026 (*id.*);

WHEREAS, the Hearing on dispositive and *Daubert* motions is scheduled for February 11, 2027 (*id.*);

WHEREAS, the parties anticipate that the briefing and supporting exhibits related to the dispositive and *Daubert* motions will involve a significant volume of materials that the parties and/or various nonparties have designated Confidential or Highly Confidential under the Protective Order entered in this case (ECF No. 92);

WHEREAS, the parties expect that, in the absence of this Stipulation and Order, the parties and various non-parties would need to submit multiple sealing motions related to the briefing on dispositive and *Daubert* motions pursuant to Local Rule 79-5(c) and/or (f);

WHEREAS, to conserve the Court's and the parties' resources, the parties agree to request that the Court permit the parties to file their briefs and supporting materials for dispositive and *Daubert* motions provisionally under seal in their entirety in the first instance, and once the briefing on dispositive and *Daubert* motions is complete, to meet and confer and submit joint omnibus motions to seal by January 28, 2027—30 days after the close of briefing on dispositive and *Daubert* motions (*see* ECF No. 118);

WHEREAS, the parties take no position on the propriety of any request to seal that may be submitted in connection with dispositive and *Daubert* motions and reserve all rights to oppose any such requests.

NOW, THEREFORE, Kaiser and Merck have agreed to, and respectively submit for approval by the Court, the following sealing procedure for the parties' forthcoming dispositive and *Daubert* motions:

1. The parties may provisionally file under seal their entire briefs, declarations, exhibits, and any other supporting materials submitted in connection with dispositive and *Daubert* motions.

2. To do so, the party shall file a one-page interim sealing motion that cites this Order and attaches the documents to be filed provisionally under seal. The party shall contemporaneously file an otherwise blank page reading stating "DOCUMENT FILED UNDER SEAL" on the public docket in place of the document that is provisionally under seal. The party shall then serve each other party with the documents filed provisionally under seal as provided for in Local Rule 79-5.

3. Any party provisionally filing under seal a document or part of a document that has been designated as confidential by a non-party shall, within five business days, (1) notify each affected non-party regarding any of its confidential information that has been filed under seal and (2) serve a copy of this Order on the non-party.

4. By January 28, 2027 (30 days after the close of briefing on dispositive and *Daubert* motions), the parties shall meet and confer with each other and any non-parties whose materials have been provisionally filed under seal, and the parties shall file one joint omnibus motion to seal.

5. The omnibus sealing motion shall list every location where material appears in the dispositive and *Daubert* motions and supporting documents that any party or non-party seeks to maintain under seal. The party or non-party that seeks to maintain its information under seal shall provide the information specified in Local Rule 79-5(c)(1)-(3) in support of its request.

6. Any party may file a response to any other party or non-party's request to seal in conjunction with the omnibus sealing motion. Any responses shall be due by February 11, 2027.

7. The parties shall file public-facing versions of the documents they filed provisionally under seal consistent with the Court's order on the omnibus sealing motion within 14 days of the order on the omnibus motion to seal.

**IT IS SO STIPULATED.**

DATED: October 2, 2026

Respectfully submitted,

*/s/ Samuel Liversidge*

Samuel Liversidge, Bar No. 180578
Shaun A. Mathur, Bar No. 311029
Sarah M. Kushner, Bar No. 320077
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000
SLiversidge@gibsondunn.com
SMKushner@gibsondunn.com

S. Christopher Whittaker, SBN 283518
Courtney L. Spears, SBN 329521
GIBSON DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
(949) 451-3800
cwhittaker@gibsondunn.com
cspears@gibsondunn.com

*Attorneys for Defendants Merck & Company, Inc., Merck Sharp & Dohme LLC (f/k/a Merck Sharp & Dohme Corporation), MSP Singapore Company LLC, Schering-Plough Corporation, and Schering Corporation*

*/s/ Daniel A. Sasse*

Daniel A. Sasse, SBN 236234
Tiffanie L. McDowell, SBN 288946
CROWELL & MORING LLP
3 Park Plaza, 20th Floor,
Irvine, CA 92614
Telephone: 949.263.8400
dsasse@crowell.com
tmcdowell@crowell.com

Kent A. Gardiner (*pro hac vice*)
Mark M. Supko (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.624.2500
vgaluzzo@crowell.com
msupko@crowell.com

Nicholas Dowd (*pro hac vice*)
CROWELL & MORING LLP
1601 Wewatta Street
Suite 815
Denver, CO 80202

Telephone: 720-322-4443
ndowd@crowell.com

*Attorneys for Plaintiff Kaiser Foundation Health Plan Inc.*

**ECF ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that the concurrence in the filing of this document has been obtained from all other signatories.

Dated: October 2, 2026

*/s/ Samuel Liversidge*
Samuel Liversidge

* * * * *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/5/2026

______________________________
Hon. H

